No. 224, Misc. JERONIS *v.* JACQUES, WARDEN. C. A. 6th Cir. Certiorari denied. Motion for leave to file petition for writ of habeas corpus and petition for allowance of an appeal also denied.

No. 263, Misc. GIBSON *v.* UNITED STATES. Motion for leave to file petition for writ of certiorari denied.

No. 265, Misc. EX PARTE MAYNARD. Motion for leave to file petition for writs of habeas corpus and certiorari denied.

No. 267, Misc. BOZELL *v.* WELCH, SUPERINTENDENT OF LORTON REFORMATORY, ET AL.; and
No. 268, Misc. SPRADLING *v.* EIDSON, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.